E-FILED
Friday, 24 March, 2023  03:47:26 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

_Kevin Pettis_ ,                )
)
Plaintiff                       )
)
vs.                             )          Case No. ——————
)          _(The case number will be assigned by the clerk)_
_Judge Bruce S. Colin_          )
_Eugene L. Miller_              )
————————————                    )
————————————                    )
————————————                    )
————————————                    )
————————————  ,                 )
)
Defendant(s)                    )

FILED
MAR 2 4 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

_(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format)._

## **COMPLAINT***

_Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint._

☐  42 U.S.C. §1983 (state, county or municipal defendants)

☒  Action under _Bivens v. Six Unknown Federal Narcotics Agents_, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☒  Unknown _____

## I.  FEDERAL JURISDICTION

_____

**_*Please refer to the instructions when filling out this complaint.  Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition._**

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Kevin Pettis

Prison Identification Number: 20500-026

Current address: Jerome Combs Detention Center 3050 Justice Way Kenkakery Il 60901

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Bruce S Colin

Current Job Title: US District Judge

Current Work Address 201 South Vine St Urbana Il 61820

Defendant #2:

Full Name: Eugene L Miller

Current Job Title: Assistant U.S Attorney

Current Work Address 201 South Vine St Urbana Il 61820

Defendant #3:

Full Name: _____

Current Job Title: _____

2

Current Work Address _____

_____

Defendant #4:

   Full Name: _____

   Current Job Title: _____

   Current Work Address _____

   _____

Defendant #5:

   Full Name: _____

   Current Job Title: _____

   Current Work Address _____

   _____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III.  LITIGATION HISTORY

   The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." *28 U.S.C. § 1915(g).*

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes  ☐          No  ☑

If yes, please describe _____

_____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes  ☑          No  ☐

C.  If your answer to B is yes, how many? ____ℓ____  Describe the lawsuit(s) below.

3



Pettis vs Linbob Case Number Unknow

1. Name of Case, Court and Docket Number ~~United States vs Kevin~~ Pettis - 16-20000-001

2. Basic claim made    4th Amd

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)    At a Stay

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

   *Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?   Yes ☐    No ☑

B.  Have you filed a grievance concerning the facts relating to this complaint?

      Yes ☐    No ☐

If your answer is no, explain why not    Voilate of Due ~~Process~~ Process
in court there no grievance Process. (2255 fild in this)
                                                                                           mathe

C.  Is the grievance process completed?    Yes ☐    No ☑

## V.  STATEMENT OF CLAIM

Place(s) of the occurrence    201 South Vine St Urbana Il

Date(s) of the occurrence <u>July 6, 2016, and Feb 23, 2016</u>

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I Kevin Pettis was convicted of being a felon in possession of a firearm on July 6 2016 by Jury. ON Nov 7, 2016 I was sentence to 120 moths and 3yr by US District Judge Bruce Colin, in Aug of 2018 it was ~~was~~ made public in Illinois Times. The article reported on emails exchanged between Judge Bruce and United State Attorney office. March 12 2019 The Chief District Judge removed Bruce from all cases involving the United States by was admoishing by Council and put back on case on September 12, 2019 ON Aug 19 2020 Sarah Nixon was order and New Trial due to Bruce bias. ON Feb 23, 2016 and Email from AUSA Eugene Miller and Judge Bruce was in Exparte Communications in my case and several other case Subject line up coming Criminal Trials I ask the court to appoint and lawyer in this matter and This was my

Judge and AUSA That convicted me.

RELIEF REQUESTED

(State what relief you want from the court.)

I ast The Court to relief me in 10 million
in damese Dollar

7

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

JURY DEMAND      Yes  ☒      No  ☐

Signed this _____ day of ___16_____ , 20 _23_.

_____
( Signature of Plaintiff)

| Name of Plaintiff: Kevin Pettis | Inmate Identification Number: 480297 |
|---|---|
| Address: Jerome Combs Detention Center 3050 Justice Way Kunkakee Il, 60901 | Telephone Number: Un Known |

OFFICIAL SEAL
LANA K COFFEL
NOTARY PUBLIC, STATE OF ILLINOIS
KANKAKEE COUNTY
MY COMMISSION EXPIRES 05/08/2023

Lana K. Coffel

Kevin Pettis

Jerome Combs Detention Center
3050 Justice Way
Kankakee Il 60901



$0.87
US POSTAGE
FIRST-CLASS
062S0014950524
FROM 60901
stamps
S89272.166
★ ★ ★ ★ ★
USA

Legal

Mail

United States District ██ Cu
Clerk office.
201 South Vine street
Urbana, ██████ Il, 61821