Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Kevin Pettis, **Plaintiff,** vs. Colin Stirling Bruce and Eugene Miller, **Defendants.** | Case Number: 23-2069 |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Kevin Pettis' action against Defendants Colin Stirling Bruce and Eugene Miller is dismissed with prejudice; Plaintiff shall recover nothing on his claims against each of the named Defendants.

**Dated:**     5/8/23

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court